IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DERRICK HOBSON                                                                                          PLAINTIFF

     v.                              Civil No. 04-6148

CAPTAIN STEED;
DEPUTY WYNN;
DEPUTY SHIRLEY;
DEPUTY DUNN;
DEPUTY WORLEY; and
DEPUTY GRINNESS                                                                                     DEFENDANTS

## JUDGMENT

    For the reasons stated in a memorandum opinion entered this same day, the court finds the defendants' motion for summary judgment (Doc. 30) should be and hereby is granted. This case is dismissed with prejudice.

    IT IS SO ORDERED this 11th day of January 2007.

                                 /s/ Robert T. Dawson
                               UNITED STATES DISTRICT JUDGE